AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA D. Bateman)　　　　　　　　　　　　　　USAO CW No. 24-2033

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
| v. | ) |
| OSCAR MARTINEZ OLMEDO | ) Case No. 24-mj-2033 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 3, 2021__ in the county of __Chester__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry after deportation and removal (see attached arrest warrant). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Jamaal Green
*Complainant's signature*

Jamaal Green, Deportation Officer, ICE
*Printed name and title*

Sworn to me by telephone or other reliable electronic means

Date: 12/12/24

Pamela A. Carlos
Digitally signed by Pamela A. Carlos
Date: 2024.12.12 17:45:42 -05'00'
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*