IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NUMBER 24-2033** |
| | : | |
| | : | |
| **OSCAR MARTINEZ OLMEDO** | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                                           Respectfully submitted,

                                           */s/ Timothy A. Wright*
                                           TIMOTHY A. WRIGHT
                                           Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Timothy A. Wright, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Danielle Bateman, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

    */s/ Timothy A. Wright*
    TIMOTHY A. WRIGHT
    Assistant Federal Defender

DATE:    December 20, 2024