AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA )D. Bateman

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| OSCAR MARTINEZ OLMEDO | ) Case No. 24-mj-2033 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Oscar Martinez Olmedo ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:
On or about August 3, 2021, in the Eastern District of Pennsylvania, defendant Oscar Martinez Olmedo, an alien, and native and citizen of Mexico, who had previously been deported and removed from the United States on or about December 30, 2004, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission. In violation of Title 8, United States Code, Sections 1326(a).

Date: _____

*Pamela A. Carlos*  Digitally signed by Pamela A. Carlos
Date: 2024.12.12 17:56:51 -05'00'

*Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania     Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/12/2024 , and the person was arrested on *(date)* 12/19/2024
at *(city and state)* Philadelphia, PA .

Date: 12/19/2024

*Jamaal Green*
*Arresting officer's signature*

D.O. Jamaal Green
*Printed name and title*